UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGOS GEORGES, et al.,

    Plaintiffs,

v.                              CASE No. 8:11-CV-287-T-26TGW

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

_____

## ORDER

This case was administratively closed by Order of March 18, 2011 (Doc. 10). United States District Judge Richard A. Lazzara has informed me that this case should be reopened and that the parties have consented to trial before a magistrate judge. However, it is appropriate to recuse myself from sitting as United States Magistrate Judge in this matter because my son is an attorney representing the plaintiffs. 28 U.S.C. 455(a).

It is, therefore, upon consideration

ORDERED:

1. That the Clerk is **DIRECTED** to remove the administrative closure and **REOPEN** this case.

2. That the Clerk is **DIRECTED** to assign this case by random selection to another United States Magistrate Judge.

DONE and ORDERED at Tampa, Florida, this 11th day of August, 2011.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE